311

(No. 73-CC-212

AMERICAN HOSPITAL SUPPLY, Division of American Hospital Supply Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 25, 1973.*

AMERICAN HOSPITAL SUPPLY, Division of American Hospital Supply Corporation, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-267

J. WM. BRENNAN, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed May 25, 1973.*

J. WILLIAM BRENNAN, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.